**Order entered February 6, 2020**



**In The**

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-01366-CR

**DAVID GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F18-52886-H**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing on the State's Exhibit 17, a CD containing redacted recordings of jail telephone calls. The trial court held a hearing and the supplemental reporter's record of that hearing has been filed along with the supplemental clerk's record with the trial court's findings of fact.

Before the Court is appellant's January 23, 2020 motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief, tendered that same day, **FILED** as of the date of this order.

The State's brief is due **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
         JUSTICE
